[No. 20135-0-III. Division Three. June 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD C. BOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-1-00484-3, Lesley A. Allan, J., entered April 16, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20792-7-III. Division Three. June 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE STILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-01849-9, Susan L. Hahn, J., entered January 2, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20912-1-III. Division Three. June 5, 2003.]

SR WELDING INC., ET AL., *Respondents*, v. ROGER SCHAFER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-2-00845-4, John M. Antosz, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21041-3-III. Division Three. June 5, 2003.]

DESIGN WORKS, INC., *Respondent*, v. TIM HUNT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02963-6, Robert D. Austin, J., entered April 11, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.